UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Petitioner, <br><br> v. <br><br> STATE OF WASHINGTON, <br><br> Respondent. | Case No. 22-CV-765-JHC-SKV <br><br> REPORT AND RECOMMENDATION |

Petitioner John Demos is a Washington prisoner who is well-known locally and nationally as an abusive litigant.  Mr. Demos has submitted to the Court for filing a Motion for Leave to File a Second or Successive Petition under 28 U.S.C. §§ 2254, 2255.  Dkt. 1.  He asserts that "constitutional issues are before the Court" and seeks habeas relief in relation to his original conviction.  *Id*. at 1-2.  Mr. Demos did not, however, submit with his materials the requisite filing fee for this action.

An Order of this Court provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless accompanied by the filing fee.  *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13,

REPORT AND RECOMMENDATION
PAGE - 1

1997). Moreover, Petitioner may not proceed with a second or successive habeas petition in this Court unless and until the Ninth Circuit authorizes its filing, which it has not done. *See* 28 U.S.C. § 2244(b)(3)(A).

As Mr. Demos has submitted no filing fee, the Court recommends that, pursuant to the Court's Order of March 13, 1997, the Clerk be DIRECTED to administratively close this matter and to strike any pending motions as moot. A proposed Order is attached.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **August 22, 2022**.

Dated this 15th day of July, 2022.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2