UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　　Respondent. | Case No. 2:22-cv-0765-JHC-SKV<br><br>ORDER OF DISMISSAL |

The Court, having reviewed Petitioner's Motion for Leave to File a Second or Successive Petition under 28 U.S.C. §§ 2254, 2255, the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, Petitioner's objections, and the remaining record, hereby finds and ORDERS:

　　　(1)　The Report and Recommendation is approved and adopted;

　　　(2)　The Clerk shall administratively CLOSE this matter and STRIKE any pending motions as moot. *See Demos v. Stanley*, MC97-31-JLW (W.D. Wash. Mar. 13, 1997).

　　　(3)　The Clerk shall send copies of this Order to Plaintiff and to Judge Vaughan.

Dated this 12th day of August, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　United States District Judge

- 1